Form 751deny[Order Deny Application Installments]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:
    Pohognaki Abizou Tako
        Debtor(s).

Case No. 21–22576 RKM

Chapter 7

## ORDER DENYING FEE APPLICATION IN INSTALLMENTS

The Court having reviewed the Application to Pay Filing Fee in Installments, finds that the Debtor has not paid filing fees in previously−filed cases in full. Therefore, it is hereby

**ORDERED**, that the Application to Pay Filing Fee in Installments is **DENIED**, and it is further

**ORDERED** that the Debtor shall, by June 28, 2021, pay the case filing fee in full.

Dated and Entered on: June 14, 2021

*[signature: R. Kimball Mosier]*

United States Bankruptcy Judge   (5 – 4)