Motion prepared and submitted by the following **UNREPRESENTED DEBTOR:**

Name: Pohognaki TAKO
Address: P.O. box 701811

Phone No.: 385-377-4077

FILED US Bankruptcy Court-UT JUL 20 2021 PM 1:27

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Pohognaki TAKO<br><br>Debtor(s). | Bankruptcy No.: 21-225-76<br><br>Chapter 7<br><br>Hon. Judge Mosier<br>(Judge's Name) |

MOTION TO VACATE DISMISSAL

The Debtor(s) hereby move(s) the Court for an Order to Vacate Dismissal. The case was dismissed for:

☒ **Failure to Pay All or Part of the Filing Fee**
  1. The filing fee was not paid because Did not see the email on time.
  
  ;

and,

☒ The filing fee has now been paid in full.

☐ An Application to Pay the Chapter 7 Filing Fee in Installments has been granted. $_____ in installments has been paid as of the ___ day of _____, 20__. The balance of the filing fee will be paid in full by the ___ day of _____, 20__.

☐ The filing fee will be paid in full by the ___ day of _____, 20__.

☐ An Application to Have the Chapter 7 Filing Fee Waived was denied and we/I request that the Court reconsider the fee waiver application.

AND/OR

2

☐ **<u>Failure to Appear at the First Meeting of Creditors</u>**
   1. The meeting was missed because _____
   _____
   _____
   _____.

   and;
   2. We/I request that a new Meeting of Creditors be scheduled.

**AND/OR**

☐ **<u>Failure to File Documents or Provide Documents to the Trustee</u>**
   1. The documents were not timely filed/provided because _____
   _____
   _____
   _____.

   and;
   2. We/I request until the ___ day of _____, 20__ to file documents with the court and/or provide documents to the Trustee.

**AND/OR**

☐ **<u>Other Reason</u>**
(Explanation) _____
_____
_____
_____.

☐ **<u>Other Request(s)</u>**
_____
_____
_____
_____.

Dated this 20 day of July, 20 21                    [signature]
                                                    ~~Unrepresented~~ Debtor

**NOTE:**
The movant must set a hearing date with the Court Scheduling Clerk (801-524-6627). A **<u>Notice of Motion and Notice of Hearing</u>** must be filed together with a **<u>Certificate of Service</u>** proving service on the Trustee and all creditors in the case. Please read Local Rule 9013-1(d) for further information. These forms are available on our website at www.utb.uscourts.gov by clicking "Debtor Resources" then "Motion and Notice Forms" or by clicking <u>here</u>.